**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHANNER WOOLCOCK,<br><br>Plaintiff,<br><br>v.<br><br>THE MICHAELS ORGANIZATION LLC,<br><br>Defendant. | Civil Action No. 1:23-cv-01375 (TSC) |

## SCHEDULING ORDER

**1. DEADLINES:**

It is hereby **ORDERED** that the parties shall adhere to the following deadlines:

| | |
|---|---|
| Deadline to Join Additional Parties | November 9, 2023 |
| Plaintiff's Rule 26(a)(2) Expert Disclosures | February 2, 2024 |
| Defendant's Rule 26(a)(2) Expert Disclosures | March 4, 2024 |
| End of Discovery[1] | April 30, 2024 |
| Defendants' Motion for Summary Judgment due | May 31, 2024 |
| Plaintiff's Response due | June 14, 2024 |
| Defendant's Reply due | June 21, 2024 |

[1] Pursuant to Federal Rule 26, the proposed discovery plan must include: "any issues about disclosure, discovery, or preservation of electronically stored information, including the forms or forms in which it should be produced." Fed. R. Civ. P. 26(f)(3)(C).

**2. DEPOSITIONS AND INTERROGATORIES:**

Absent agreement of the parties or Order of the Court to the contrary, the parties shall be limited to no more than ten (10) depositions and no more than twenty-five (25) interrogatories per side.

**3. DISCOVERY DISPUTES:**

Counsel shall confer in good faith in an effort to resolve any discovery dispute. If counsel are unable to resolve the dispute, they must first **JOINTLY** submit, via email to chambers, a clear, concise description of the issues in dispute, each party's position on the disputed issues, and the parties' joint availability for an on-the-record telephone conference. The court will then respond as soon as practicable to schedule a telephone conference and provide the parties with call-in information.

**Counsel shall not file any discovery-related motion without a prior telephone conference with the Court and opposing counsel.**

Counsel are hereby notified that a party who does not prevail in a discovery dispute may be ordered to pay the costs involved, including reasonable attorney's fees.

**4. REQUEST FOR APPOINTMENT OF MEDIATOR:**

If at any point the parties desire to engage in mediation, with a Magistrate Judge or through the Mediation Program of the Circuit Executive's Office, the parties shall file a joint motion captioned "Joint Motion for Mediation."

Date: October 31, 2023

Tanya S. Chutkan

Tanya S. Chutkan
United States District Judge